HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
ARMANDO MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No's. 1:15-cr-282-AWI, 1:16-cr-19-LJO |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | DATE:   March 12, 2018 |
| ARMANDO MARTINEZ, | TIME:   2:00 p.m. |
| Defendant. | JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference in the above-captioned matter now set for December 4, 2017 before the Honorable Erica P. Grosjean may be continued to March 12, 2018 at 2:00 p.m. before the Honorable Sheila K. Oberto.

Mr. Martinez's one count violation petition revolves around an incident which has been adjudicated in state court.  However, the restitution amount on that matter has not been finalized.  The state restitution determination is now scheduled in approximately two months.  The final restitution order will be relevant to all parties and their respective positions in resolving this case.  As such, defense is requesting the above date to the parties can have the restitution amount determined by the state court.

///

Both counsel for the government, as well as the probation officer on the case, are agreeable to the requested date.

As this is a supervised release petition, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED:  November 22, 2017

*/s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED:  November 22, 2017

*/s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
ARMANDO MARTINEZ

# O R D E R

IT IS SO ORDERED that the 1st Status Conference re Violation of Supervised Release in both cases are continued from December 4, 2017 before Judge McAuliffe to March 12, 2018 at 2:00 PM before Judge Oberto at 2:00 p.m.

IT IS SO ORDERED.

Dated:  **November 28, 2017**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE